[USAO]/BAW/JW
PHILIP R. SELLINGER
UNITED STATES ATTORNEY
BY: BARBARA A. WARD
ASSISTANT UNITED STATES ATTORNEY
970 BROAD STREET, SUITE 700
NEWARK, NEW JERSEY 07102
TEL: (973) 645-2825
BARBARA.WARD@USDOJ.GOV

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Hon.** |
| **v.** | : | **Civil Action No. 23-** |
| **$318,900 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER XXXXXXXX4146 HELD IN THE NAME OF PRESTIGE SHIPPING INC.,** | : | **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |
| | : | |
| | : | |
| **Defendant *in rem.*** | : | |

Plaintiff the United States of America, by its attorney, Philip R. Sellinger, United States Attorney for the District of New Jersey, for its verified complaint (the "Complaint") alleges, upon information and belief, as follows:

## I.  NATURE OF THE ACTION

1.     This action is brought by the United States of America seeking the forfeiture *in rem* of $318,900 seized from Bank of America account number XXXXXXXX4146 held in the name of Prestige Shipping Inc. (hereinafter referred to as the "Defendant Funds").

2.     The Defendant Funds are subject to forfeiture to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984, which subjects to forfeiture all property, real or personal, that constitutes or is derived from proceeds traceable to wire fraud, in violation of 18 U.S.C. § 1343, which is an offense constituting specified unlawful activity, as defined in 18 U.S.C. § 1956(c)(7).

## II.  **JURISDICTION AND VENUE**

3.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355(a).

4.     Venue is proper pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts and omissions giving rise to the forfeiture occurred in the District of New Jersey.

5.     The Defendant Funds were seized pursuant to a seizure warrant issued on February 27, 2023 by the Honorable James B. Clark, III, United States Magistrate Judge.

6.     The Defendant Funds are being held in the CBP–Secret Service forfeiture suspense account held by the United States Treasury.

## III.  **FACTS**

7.     Trade-Based Money Laundering, commonly referred to as "TBML," is the use of legitimate trade transactions or networks to disguise the origins of crime proceeds and integrate the funds into the formal economy.  Common TBML schemes involve the overvaluing or undervaluing of goods shipped

internationally, where the over- or underpayment lends a façade of legitimacy to sending illegal money from one country to another; multiple invoicing of goods and services; and falsely describing goods and services.  One of the red flags for a TBML scheme is a business or trade transaction involving the receipt of payments from third parties who have no apparent connection to the transaction.[1]

## A.    Victim-1

8.     On or about January 4, 2023, a 74-year-old woman ("Victim-1") called the USSS Newark Field Office (hereinafter, "law enforcement") to report an advance fee scheme.  Victim-1 stated that she had met an individual over Facebook (the "Fraudster") who said that she had won a lottery backed by Facebook.  Victim-1 had not entered any such lottery.

9.     The Fraudster told Victim-1 that she had to pre-pay taxes and fees in order to claim her prize.  This fraudulently induced her to transfer a total of about $400,000 in cash, in accordance with the Fraudster's instructions, to accounts in the name of various companies and Bitcoin to private wallets.  Victim-1 also sent a photo of her New Jersey driver's license to the Fraudster as requested.

10.    Victim-1 provided law enforcement with receipts and other documents showing payments she made at the Fraudster's direction.  The approximately $400,000 in payments included seven wire transfers totaling

---

[1] Financial Action Task Force, Trade-Based Money Laundering 24 (2006).

$99,000 to Bank of America account number XXXXXXXX4146 (the "BOA Account") held in the name of Prestige Shipping Inc., a company located in Secaucus, New Jersey ("Prestige").

11.    Bank of America records show the following transfers to the BOA Account from several accounts held by Victim-1 between July 20, 2022 and August 4, 2022:

| Transaction Date | Amount | Beneficiary | Originator |
|---|---|---|---|
| 07/20/2022 | $30,000 | Prestige | Victim-1 (joint account) |
| 07/27/2022 | $10,000 | Prestige | Victim-1 |
| 07/29/2022 | $ 4,000 | Prestige | Victim-1 |
| 08/04/2022 | $ 6,000 | Prestige | Victim-1 (joint account) |
| 08/05/2022 | $ 9,000 | Prestige | f/b/o Victim-1 |
| 08/16/2022 | $25,000 | Prestige | Victim-1 (joint account) |
| 10/26/2022 | $15,000 | Prestige | Victim-1 |
| **TOTAL:** | $99,000 | | |

12.    After receiving this information, law enforcement contacted Bank of America and relayed the information regarding the fraud on Victim-1.  Bank of America temporarily froze the account, which had a balance in excess of $1 million.

13.    On or about January 9, 2023, Prestige's President contacted law enforcement to discuss the freeze on the BOA Account.  Law enforcement spoke with Prestige's President on several occasions between January 10, 2023 and January 24, 2023, and reviewed documents and records he voluntarily emailed to law enforcement in an effort to prove that the seven wire transfers from Victim-1 were legitimate business receipts.

14.     Prestige is engaged in the business of shipping vehicles overseas. A number of the vehicles shipped were damaged in accidents and are sold to customers overseas.  Prestige arranges for vehicles to be sent on container ships to customers in Nigeria and other African countries, the Middle East, and Europe.

15.     At the request of Prestige's President, law enforcement provided Victim-1's name so he could search Prestige's electronic business records. Prestige's President emailed law enforcement a screenshot from what appeared to be a customer relationship management platform.  The screenshot showed all seven wire transfers from Victim-1, but the originator or remitter was listed in this record as a Toronto-based company (the "Toronto Company") rather than Victim-1.  Using Bank of America's online banking system, Prestige's President then logged into the BOA Account and entered Victim-1's name as the search term.  Prestige's President sent law enforcement a screenshot of the search results, which consisted of the seven wire transfers from Victim-1 to the BOA Account.

16.     The Toronto Company is a company in Toronto, Canada that appears to pay Prestige to fulfill overseas orders for cars.  Prestige's President told law enforcement that the Toronto Company is his oldest client and provides him with the most volume of business.

17.     Prestige's President told law enforcement that Prestige has a "net 60" payment arrangement with the Toronto Company — that is, the Toronto Company has 60 days to make payment after receipt of services or an invoice

— but that the Toronto Company usually takes more than 60 days to reconcile the obligation.  Prestige's President said that the Toronto Company pays Prestige by sending either a large payment or several smaller payments to the BOA Account and then, several weeks later, tells Prestige to apply particular deposits to specified obligations.  Specifically, the Toronto Company will email Prestige a list with the last five digits of a Prestige invoice in the left column and the amount of money that should be applied to the invoice in the right column.  As an example, Prestige's President sent law enforcement this screenshot of an email from the Toronto Company that, according to Prestige's President, tells Prestige how to apply some of the funds wire transferred from Victim-1 to the BOA Account to the Toronto Company's outstanding invoices.  Pasted below is a screenshot of the first few rows of the table:



18.     Prestige's President also sent law enforcement a spreadsheet, a copy of which is attached hereto as Exhibit A,[2] which shows how Prestige and the Toronto Company applied Victim-1's money to a number of outstanding invoices from Prestige to the Toronto Company.  This spreadsheet contains seven groups of transactions, the price (the "Applied Amount" column), and other information.  The bottom of the Applied Amount column for each group shows the total, which is in boldface type highlighted in yellow.  The highlighted totals for each of the seven groups on Exhibit A correspond exactly to the amounts of the seven wire transfers the Fraudster induced Victim-1 to send to the BOA Account, which are listed in paragraph 10 above.

19.     Prestige sent law enforcement other documents pertaining to the transactions listed in Exhibit A, such as invoices, Sea Waybills, Bills of Lading, and invoices from shipping companies with which Prestige contracted.  In one of the emails, Prestige's President said that the Toronto Company was one of Prestige's oldest clients.  In another, he said that Prestige was not involved in "whatever fraud was perpetrated here" and that he just wanted "to clear this up as soon as possible in order to be able to continue operating the business."

20.     In many of the documents Prestige's President provided, and in conversations with Prestige's President, law enforcement saw nothing that would explain how Prestige could use the two-column table discussed and

---

[2] Exhibit A has been edited to prevent the seven groupings from breaking across pages and to highlight the sum of each group.  The seven sums correspond to the amounts of the seven wire transfers the Fraudster induced Victim-1 to send.  In addition, in the third column (Customer Name), the real name of the Toronto Company was replaced with "Toronto Co."

partially screenshotted in paragraph 16 above to come up with the detailed information in Exhibit A, which specifies how Victim-1's money should be applied to particular outstanding invoices.  Prestige's President stressed in conversations with law enforcement that this third-party payment practice was customary, and he did not see anything wrong with it.

21.     Prestige's President notified a representative from the Toronto Company that its purported payments had been frozen and that federal agents were looking into the transactions.

22.     Prestige's President forwarded law enforcement an email from the Toronto Company dated January 12, 2023, which stated that the Toronto Company had notified "the people that know this person and they are asking for written confirmation of the issue and for which transactions."

23.     On January 14, 2023, Prestige's President sent law enforcement an email stating the following:

> Please see attached copy of the senders ID that was provided to me today by [the Toronto Company].  They have also requested from their respective client that the sender provide us with a notarized letter stating that she intentionally sent the wire transfer on their behalf.  From what was explained to me today, the sender had fraud claims with other payments from their account but not for the particular payments that were sent to [Prestige] on behalf of [the Toronto Company].  I cannot verify the accuracy of these statements but figured that the information was worth passing down to you.

The reference to "sender" means Victim-1.  The "copy of the senders ID" that was enclosed was Victim-1's New Jersey driver's license, which Victim-1 had previously sent to the Fraudster.  In other words,

it appears that the Toronto Company was claiming that Victim-1 was actually a Toronto Company client who was shipping cars overseas, primarily to Nigeria.

24.     Just prior to the receipt of the January 14, 2023 email described in the previous paragraph, Victim-1 told law enforcement that she had received a message from the Fraudster requesting that she re-send a copy of her driver's license, which Victim-1 did not do.  The Fraudster claimed that someone had tried to hack them, and they needed her driver's license to reinstate Victim-1's account.

25.     Prestige's President also sent law enforcement two screenshots of WhatsApp messages between himself and a Toronto Company representative (the "Toronto Company Rep").  The first screenshot contained a photo of Victim-1's driver's license.  In a message sent on Saturday, January 21, 2023, Prestige's President asked the Toronto Company Rep whether she was able to get "that letter," which refers to the notarized letter the Toronto Company was trying to get Victim-1 (the Toronto Company's "respective client") to sign stating that Victim-1 intentionally sent the wire transfer on behalf of the Toronto Company.  The Toronto Company Rep responded that she was trying to find a notary in New Jersey to take the document to Victim-1's house for signature. Prestige's President provided the Toronto Company Rep with links to mobile notary services.  The Toronto Company Rep thanked him and said that she would "pass it to them."

26.     Around the time of the WhatsApp messages, Victim-1 told law enforcement that she had received a phone call from a woman who identified herself as the Toronto Company Rep.  According to Victim-1, the caller said that she was going to send a mobile notary to Victim-1's house and needed a date and time when Victim-1 would be available.  Victim-1 pretended not to know what the Toronto Company Rep was talking about.  As far as Victim-1 knows, a mobile notary never came to her house.

27.     In a telephone conversation on January 24, 2023, law enforcement asked Prestige's President if he had retained counsel and, if he had done so, to provide the attorney's contact information.  Prestige's President sent law enforcement a copy of the retainer fee paid to the attorney.  Prestige's President said he billed the Toronto Company for this expense and that the Toronto Company had paid him.

28.     According to a January 17, 2023 email exchange between Prestige's President and the Toronto Company, which Prestige's President provided to law enforcement, the Toronto Company also reimbursed Prestige's President $50,000 of the $99,000 the government was presumably going to seize from the BOA Account (*i.e.*, the total amount Victim-1 sent to the BOA Account).  A January 19, 2023 email from the Toronto Company to Prestige's President indicated that the Toronto Company's owner sent Prestige's President $49,000 that morning to cover the remaining balance.

-10-

**B.    Victim-2**

29.     Several individuals have reported to law enforcement that they were fraudulently induced to send money to the BOA Account, among others, while being scammed by a cybercriminal.  One such individual, Victim-2, fell victim to a romance scam.

30.     In June 2021, an individual identifying himself as "Alain Martin" ("Martin") sent Victim-2 a friend request on Facebook.  Martin claimed to be a widower with two school-aged children.  Martin said he was an ophthalmologist at Johns Hopkins and was going to Dubai for three months, where he would be employed by a sheikh to perform eye surgery for a $375,000 flat fee.  Martin said he would leave his elderly parents and children at home in Washington, D.C. while he worked abroad.

31.     In July 2021, while Martin was allegedly in Dubai, he began asking Victim-2 for financial assistance.  Martin claimed that his credit card was not working, and he needed money for expenses such as medicine, supplies, and fees.

32.     Beginning in December 2021, Victim-2 began to send money to Martin in accordance with wire transfer instructions he provided.  The transfers Victim-2 sent to Martin between December 1, 2021 and April 22, 2022 are listed in the table below.  Martin instructed Victim-2 to send two of the transfers, which totaled $12,500 and are highlighted below, to the BOA Account.

| Date | Amount | Recipient Account |
|------|--------|-------------------|
| 12/01/2021 | $ 5,000 | BOA Account |
| 12/06/2021 | $ 8,000 | Company 2 |
| 12/06/2021 | $ 7,500 | BOA Account |
| 01/10/2022 | $ 9,000 | Company 3 |
| 01/11/2022 | $ 7,000 | Company 4 |
| 01/12/2022 | $ 6,000 | Company 3 |
| 01/12/2022 | $ 9,000 | Company 4 |
| 04/22/2022 | $ 4,500 | Company 5 |
| 04/22/2022 | $ 5,500 | Company 6 |
| **TOTAL:** | $61,500 | |

33.   On July 13, 2022, Victim-2 asked a friend to send $9,000 to Martin on Victim-2's behalf (Victim-2 later repaid her friend).  In the "Purpose of Funds" box on the wire request form, the friend wrote "family support." Victim-2 sent law enforcement a copy of the wire transfer request form that shows this transfer from her friend's account at Wells Fargo to the BOA Account, in accordance with Martin's instructions:

| Date | Amount |
|------|--------|
| 07/13/2022 | $9,000 |

34.   Martin then told Victim-2 that when he flew back to the United States in late November 2021, he was detained at the airport because he was carrying a large amount of cash.  Martin claimed he owed legal and other fees to justify the amount of cash he was carrying to the authorities.

35.   Martin then began to tell Victim-2 that his elderly father had died, his elderly mother was ill, and he had borrowed money to pay his kids' private school tuition for the 2022-23 school year.

36.     On September 12, 2022, a friend of Victim-2 told her that the Alain Martin story was a scam.

## C.     Money Mule Accounts

37.     A "money mule" is someone who transfers or moves illegally acquired money on behalf of someone else.  Criminals recruit money mules to help launder proceeds derived from online scams or crimes like human trafficking and drug trafficking.  Money mules add layers between the crime and the perpetrators, making it more difficult for law enforcement to trace funds through the financial system.  Money mules can be knowingly involved in the criminal activity or can be duped into letting others use their accounts for nefarious purposes.

38.     After receiving the information about the BOA Account in January 2023, law enforcement discovered several other instances where the BOA Account was used to effectuate fraudulent transactions.

39.     One such instance involved a person living in Virginia Beach, Virginia (the "Virginian") who had a checking account ending in 1049 and a savings account ending in 1057 at an HSBC Bank branch in McLean, Virginia (the "Virginia Accounts").  A review of the activity in the Virginia Accounts from February 24, 2022 to November 30, 2022 showed 33 transactions conducted between May 5, 2022 and September 14, 2022 that consisted of transfer credits and debits with amounts ranging from $50 to $39,000 and totaling $289,776.

40.     The credits to the Virginia Accounts originated from multiple accounts held at other financial institutions, including a cryptocurrency entity. The credits received in the Virginia Accounts were quickly transferred to accounts held at other financial institutions including Evolve Bank and Trust, Fulton Bank, Varo (an online bank), and cryptocurrency entity Payward Ventures, Inc. d/b/a Kraken.  Some of the recipient accounts were held in the name of businesses, including the BOA Account.

41.     According to records and other information obtained from HSBC Bank, the Virginian is retired, and her source of wealth is her parents and/or other family members.  There is no explanation or legitimate business purpose for the rapid movement of funds in and out of the Virginia Accounts.

42.     Some of the transfers to the Virginia Accounts originated from account numbers ending in 5508 and 7007 at a First Foundation Bank branch in Irvine, California (the "California Accounts"), which were held in the name of an individual in California (the "Californian").  Between September 8, 2022 and September 12, 2022, two wire transfer credits in the amounts of $12,850 and $39,000, for a total amount of $51,850, were sent from the California Accounts to the Virginian's HSBC checking account ending in 1049.  At different times, the Virginian identified the Californian as her uncle, her brother, and the owner of Prestige.  However, according to external sources, there is no familial relationship between the Virginian and the Californian.  Moreover, the Californian is not the owner of Prestige and appears to have no official connection to Prestige.

43.     From May 31, 2022 to September 12, 2022, the following wire transfers were sent from the Virginia Accounts to the BOA Account:

| Date | Amount |
|------|--------|
| 05/31/2022 | $25,000 |
| 09/09/2022 | $ 6,300 |
| 09/12/2022 | $23,000 |
| **Total:** | $54,300 |

44.     On September 14 and September 16, 2023, two wire transfers were sent directly from the Californian's account number ending 7007 at First Foundation Bank ("California 7007 Account") to the BOA Account:

| Date | Amount |
|------|--------|
| 09/14/2022 | $ 121,500 |
| 09/16/2022 | $  35,000 |
| **Total:** | $156,500 |

45.     Between September 14, 2022, and September 16, 2022, the funds sent from the California 7007 Account to the BOA Account were withdrawn via ACH transaction, checks, and P2P payments.[3]

46.     The rapid movement of the $156,500 in and out of the BOA Account showed no apparent business purpose or connection to Prestige's ostensible business.

---

[3] P2P (peer-to-peer) payment systems enable customers to connect their bank accounts to a digital application to instantly send and receive money to and from friends, family, and businesses without the use of cash.  PayPal, Venmo, Cash App, and Zelle are popular P2P payment platforms.

## V.  CLAIM FOR FORFEITURE

47.    The allegations contained in paragraphs 1 through 46 of this Complaint are incorporated herein and made part hereof.

48.    Title 18, United States Code, Section 981(a)(1)(C) subjects to forfeiture all property, real or personal, that constitutes or is derived from proceeds traceable to wire fraud, in violation of 18 U.S.C. § 1343, which is an offense constituting specified unlawful activity, as defined in 18 U.S.C. § 1956(c)(7).

49.    Pursuant to 18 U.S.C. § 984, in an action for forfeiture *in rem*, the United States is not required to trace directly forfeitable property if (i) the property is fungible property found in the same place or account as the directly forfeitable property and (ii) the action to forfeit the property is commenced within one year from the date of the offense.

50.    The transactions in the BOA Account discussed above that were conducted no more than one year from the date of the transaction to the date of this Complaint are summarized in this table:

| Transaction | Dates | Amount | Reference |
|---|---|---|---|
| Victim-1 | 07/30/2022 – 08/04/2022 | $ 99,000 | ¶ 10 |
| Victim-2 | 07/13/2022 | $ 9,000 | ¶ 33 |
| Money Mule | 05/31/2022 – 09/12/2022 | $ 54,300 | ¶ 42 |
| Money Mule | 09/14/2022 – 09/16/2022 | $156,600 | ¶ 43 |
|  | **TOTAL:** | $318,900 |  |

51.     Based upon the foregoing, the Defendant Funds are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

WHEREFORE, the United States of America requests that the Clerk of the Court issue a warrant for the arrest and seizure of the Defendant Funds pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, which the plaintiff will execute upon the Defendant Funds pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c); that notice of this action be given to all persons who reasonably appear to be potential claimants to the Defendant Funds; that the Defendant Funds be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and that the Court grant such other and further relief it deems just and proper.

Dated:  May 30, 2023

PHILIP R. SELLINGER
United States Attorney


*s/ Barbara A. Ward*
By: BARBARA A. WARD
Assistant United States Attorney

## **VERIFICATION**

I, Giovanni DeBelli, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Secret Service; that I have read the foregoing Verified Complaint for Forfeiture *in Rem* and know the contents thereof; and that the matters contained in the Verified Complaint are true to the best of my knowledge, information, and belief.

The sources of my knowledge and the grounds of my belief include the official files and records of the United States; information obtained directly by me; and information supplied to me from and by other law enforcement officials, during an investigation of alleged violations of Title 18, United States Code.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated this  30th  day of May, 2023.


_Giovanni DeBelli_____
Giovanni DeBelli, Special Agent
United States Secret Service

**EXHIBIT A**

| ReceiptID | Receipt Type | Check Numbe | Customer Nam | Receipt Total | Receipt Date | Receipt Bank | InvoiceNumbe | Invoice Total | Applied Amou | Freight Description | VIN | Booking # | Container # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76091 | 1500 | 1500 | 20 pictures,2020 LAND | ISALYM2EY8LA26915 | 222019864 | UETU5042799 |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76077 | 25 | 25 | houston 100 10/25 | 2C3CDZAG4FH722811 | | |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76104 | 875 | 875 | 790.48 20 days,2018 FORD Fus 100 10/25 | 3FA6P0HD2JR179629 | 2707879710 | OOLU8982529 |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76409 | 100 | 100 | 100 sav 11/8 | 5SSWF4KB73U242946 | | |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76418 | 1500 | 1500 | 19 pictures,2008 BMW 3 | 1WBSEK9351RC79605 | NAM573679 A | PZU3752654 |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76647 | 2850 | 2850 | 13 pictures,20 pictures,2 NJ | 1G1YY12S8451I4497, 1HD1RTCCNA98690 | | TRHU6402710 |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76693 | 100 | 100 | 11/21 Houston 11/21 NJ | 1HD1ZES13MB307880 | | |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76637 | 100 | 100 | 11/21 | STDYK3DC8CS183367 | | |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76723 | 100 | 100 | 11/28 | 1C4AJWAG9EL225863 | | |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76775 | 970 | 970 | 2T2KGCEZ1NC001695 11/10- 11/30,2T2KGCEZ9NC0 01282 11/8- 11/30,JTJKGCEZ9N20 01458 11/8-11/30 23 days,JTJKGCEZ9N200 1458 | 2T2KGCEZ1NC001695 | | |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76792 | 3700 | 3700 | 18 pictures,20 pictures,2 | 5UXFB33568L168171 | 5ADKR1CCN01629 0 | BEAU5282500 |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76794 | 1850 | 1850 | 2014 JEEP Wrangler | 1C4AJWAG9EL225863 | 2710711290 | OOLU1966640 |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76801 | 100 | 100 | | JTDKTUD38GD508774 | | |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76802 | 100 | 100 | | STDJRKEC0MS043460 | | |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76872 | 100 | 100 | sav 100 12/1 | 2T2BK1BA6DC205277 | | |
| 16726 | Wire | 102620221 | Toronto Co. | 15000 | 10/26/2022 | 110001 | 76894 | 2850 | 2850 | 16 pictures,20 pictures,2 | 1GKKNTLS7HZ30562, 2HKR1CCPW6584( | | BEAU5437006 |

**Total applied 15000**

| ReceiptID | Receipt Type | Check Numbe | Customer Nam | Receipt Total | Receipt Date | Receipt Bank | InvoiceNumbe | Invoice Total | Applied Amou | Freight Description | VIN | Booking # | Container # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16329 | Wire | 08162022 | Toronto Co. | 25000 | 8/16/2022 | 110001 | 72910 | 1280 | 1280 | 2013 HYUNDAI Sonata | 5NPEB4AC8DH603528 | SAL569401 | |
| 16329 | Wire | 08162022 | Toronto Co. | 25000 | 8/16/2022 | 110001 | 72964 | 8210 | 8210 | 2009 TOYOTA Sienna 5 | 5SSWF4KB33U211090, STEN | AM531217I | TCLU5074909 |
| 16329 | Wire | 08162022 | Toronto Co. | 25000 | 8/16/2022 | 110001 | 73147 | 1280 | 1280 | 2012 NISSAN Quest | JN8AE2KPXC9046936 | S322443758 | |
| 16329 | Wire | 08162022 | Toronto Co. | 25000 | 8/16/2022 | 110001 | 73187 | 5050 | 5050 | 2009 HONDA Accord | 1HGCP26799A021091, 2T3Z | NAM5351371 | CMAU5975014 |
| 16329 | Wire | 08162022 | Toronto Co. | 25000 | 8/16/2022 | 110001 | 73189 | 1730 | 1730 | 2003 TOYOTA RAV4 J | TEHH20V030197559 | S322451918 | |
| 16329 | Wire | 08162022 | Toronto Co. | 25000 | 8/16/2022 | 110001 | 73264 | 1950 | 1950 | 2008 TOYOTA Sequoia | 5TDZY64A18S001477 | S322475496 | |
| 16329 | Wire | 08162022 | Toronto Co. | 25000 | 8/16/2022 | 110001 | 73397 | 1380 | 1380 | 2017 HONDA Accord | 1HGCR2F59HA197757 | S322504555 | |
| 16329 | Wire | 08162022 | Toronto Co. | 25000 | 8/16/2022 | 110001 | 73516 | 1925 | 1925 | 2013 BMW X6 | 5UXFG8C52DL592144 | S322547985 | |
| 16329 | Wire | 08162022 | Toronto Co. | 25000 | 8/16/2022 | 110001 | 73537 | 2030 | 2030 | 2014 TOYOTA Sienna 5 | 5TDYK3DC8ES495247 | S322436891 | |
| 16329 | Wire | 08162022 | Toronto Co. | 25000 | 8/16/2022 | 110001 | 73643 | 1275 | 165 | 2016 HYUNDAI Santa F | 5XYZU3LB5GG313849 | S322578653 | |

**Total applied 25000**

Deluxauto Inc requested receipts 2022.xls

| ReceiptID | Receipt Type | Check Number | Customer Name | Receipt Total | Receipt Date | Receipt Bank | Invoice Number | Invoice Total | Applied Amnt | Freight Description | VIN | Booking # | Container # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16267 | Wire | 080520224 | Toronto Co. | 9000 | 8/5/2022 | 110001 | 73428 | 1575 | 1575 | 2016 KIA Optima 5XXG | 5XXGU4L21GG109936 | S322515838 | |
| 16267 | Wire | 080520224 | Toronto Co. | 9000 | 8/5/2022 | 110001 | 73449 | 1500 | 1500 | 2014 HYUNDAI Santa F | 5XYZU3LBXEG159961 | S322410801 | |
| 16267 | Wire | 080520224 | Toronto Co. | 9000 | 8/5/2022 | 110001 | 73450 | 1700 | 1700 | 2002 TOYOTA Sequoia | 5TDBT48A62S093871 | S322523186 | |
| 16267 | Wire | 080520224 | Toronto Co. | 9000 | 8/5/2022 | 110001 | 73514 | 1610 | 1610 | 141 days,19 pictures,202 | 1HGCV3F15LA013049 | 63828423 | HLXU8570742 |
| 16267 | Wire | 080520224 | Toronto Co. | 9000 | 8/5/2022 | 110001 | 73552 | 1575 | 1575 | 2003 BMW M3Cic WBS | WBSB93423PK04434 | S322555016 | |
| 16267 | Wire | 080520224 | Toronto Co. | 9000 | 8/5/2022 | 110001 | 73669 | 1280 | 1040 | 2009 MERCEDES-BEN | WDDGF81X89R082825 | S322585371 | |
| | | | | | | | | | **9000** | **Total applied** | | | |

| ReceiptID | Receipt Type | Check Number | Customer Name | Receipt Total | Receipt Date | Receipt Bank | Invoice Number | Invoice Total | Applied Amnt | Freight Description | VIN | Booking # | Container # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16262 | Wire | 08042022j | Toronto Co. | 6000 | 8/4/2022 | 110001 | 73575 | 1575 | 1575 | 2007 MERCEDES-BEN | 4JGBB66J67A201406 | S322561837 | |
| 16262 | Wire | 08042022j | Toronto Co. | 6000 | 8/4/2022 | 110001 | 73620 | 1575 | 1575 | 2014 MERCEDES-BEN | WDCGG5HB16G237263 | S322576867 | |
| 16262 | Wire | 08042022j | Toronto Co. | 6000 | 8/4/2022 | 110001 | 73821 | 1280 | 1280 | 2011 FORD Edge 2FMD | 2FMDK3GC4BBA24747 | S322614940 | |
| 16262 | Wire | 08042022j | Toronto Co. | 6000 | 8/4/2022 | 110001 | 73949 | 1600 | 1570 | 2017 TOYOTA Tacoma | 5TFCZ5AN7HX053341 | 219938244 | MSKU4665139 |
| | | | | | | | | | **6000** | **Total applied** | | | |

| ReceiptID | Receipt Type | Check Number | Customer Name | Receipt Total | Receipt Date | Receipt Bank | Invoice Number | Invoice Total | Applied Amnt | Freight Description | VIN | Booking # | Container # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16231 | Wire | 07292022d | Toronto Co. | 4000 | 7/29/2022 | 110001 | 71478 | 100 | 100 | Houston | JTDEPRAE5LJ063108 | | |
| 16231 | Wire | 07292022d | Toronto Co. | 4000 | 7/29/2022 | 110001 | 71690 | 100 | 100 | 411 | WA1LYAFEXAD007959 | | |
| 16231 | Wire | 07292022d | Toronto Co. | 4000 | 7/29/2022 | 110001 | 71918 | 100 | 100 | 421 | 1VWAA7A39LC005457 | | |
| | | | | | | | | | | IN 04/05 OUT 04/25 | | | |
| 16231 | Wire | 07292022d | Toronto Co. | 4000 | 7/29/2022 | 110001 | 71978 | 310 | 310 | Not Prestige | 1FMCU9GX9GUA18908 | | |
| 16231 | Wire | 07292022d | Toronto Co. | 4000 | 7/29/2022 | 110001 | 72113 | 100 | 57 | 429 | 3VV2B7AX3LM017305 | | |
| 16231 | Wire | 07292022d | Toronto Co. | 4000 | 7/29/2022 | 110001 | 72761 | 100 | 100 | 472 | WVGBE77L89D007010 | | |
| 16231 | Wire | 07292022d | Toronto Co. | 4000 | 7/29/2022 | 110001 | 72816 | 1233 | 1233 | 2014 HONDA CR-V ZH | 2HKRM4H3H050938 | E003791810 | |
| 16231 | Wire | 07292022d | Toronto Co. | 4000 | 7/29/2022 | 110001 | 73164 | 2000 | 2000 | 2019 FORD F-150 1FTE | 1FTEX1CP7KKD81403 | S322445086 | |
| | | | | | | | | | **4000** | **Total applied** | | | |

| ReceiptID | Receipt Type | Check Number | Customer Name | Receipt Total | Receipt Date | Receipt Bank | Invoice Number | Invoice Total | Applied Amnt | Freight Description | VIN | Booking # | Container # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16218 | Wire | 07272022c | Toronto Co. | 10000 | 7/27/2022 | 110001 | 72339 | 1485 | 1485 | 2011 GMC Terrain 2CTF | 1LRECX8644057 | E003746110 | |
| 16218 | Wire | 07272022c | Toronto Co. | 10000 | 7/27/2022 | 110001 | 73117 | 1280 | 1280 | 2009 TOYOTA Sienna 5 | 5TDBK23C19S028078 | S322477800 | |
| 16218 | Wire | 07272022c | Toronto Co. | 10000 | 7/27/2022 | 110001 | 73160 | 1275 | 1275 | 2013 TOYOTA Corolla | 5YFBU4EE7DP106885 | S322444682 | |
| 16218 | Wire | 07272022c | Toronto Co. | 10000 | 7/27/2022 | 110001 | 73167 | 1400 | 1400 | 2017 NISSAN Rogue Sp | JN1BJ1CP0HW008258 | S322445139 | |
| 16218 | Wire | 07272022c | Toronto Co. | 10000 | 7/27/2022 | 110001 | 73168 | 1280 | 1280 | 2013 MERCEDES-BEN | WDDHF5KB1DA753975 | S322445162 | |
| 16218 | Wire | 07272022c | Toronto Co. | 10000 | 7/27/2022 | 110001 | 73228 | 1580 | 1580 | 2006 TOYOTA Corolla | 1NXBR32E36Z671667 | S322468247 | |
| 16218 | Wire | 07272022c | Toronto Co. | 10000 | 7/27/2022 | 110001 | 73411 | 1580 | 1580 | 2007 VOLVO XC90 YV | YV4CY982X71400990 | S322510669 | |
| 16218 | Wire | 07272022c | Toronto Co. | 10000 | 7/27/2022 | 110001 | 73639 | 1500 | 1500 | 2014 FORD Escape 1FM | 1FMCU0GX9EUB86119 | S322578498 | |
| | | | | | | | | | **10000** | **Total applied** | | | |

Page 2

Deluxauto Inc requested receipts 2022.xls

| ReceiptID | Receipt Type | Check Numbe | Customer Nan | Receipt Total | Receipt Date | Receipt Bank | Invoice Numbe | Invoice Total | Applied Amou | Freight Description | VIN | Booking # | Container # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 69357 | 2010 | 2010 | 2008 LEXUS RX 2T2GR | 2TZ6GK31U18C034697 | NAM4931530 | SIEGU5059715 |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 70059 | 4700 | 4700 | 14 days,15 days,17 pictur | 1HGCV1F16LA095684 | 1HGEBKG023775: | TGBU7865613 |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 71040 | 1730 | 1730 | 2009 ACURA MDX 2H7: | 2HNYD28299H005050 | S321929190 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 71255 | 1080 | 1080 | 2019 BMW X3 5UXTR7: | 5UXTR7C52KLF32S56 | S321980304 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 72322 | 1780 | 1780 | 2016 TOYOTA Camry 4: | 4T4BF1FK7GR553805 | SAL560209 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 72598 | 2025 | 2025 | 2004 LEXUS RX JTJGA: | JTJGA31U240007808 | S32316726 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 72627 | 1480 | 1480 | 2016 VOLKSWAGEN T: | WVGEF9BPXGD012142 | SAL566412 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 72722 | 1730 | 1730 | 2011 MERCEDES-BEN: | WDCGG5GB7BF552412 | S32351214 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 72729 | 1800 | 1800 | 2001 AUDI TT TRUUT: | TRUUT28N11031506 | 2698508830 | CSNU1353424 |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 72785 | 1280 | 1280 | 2010 TOYOTA Sienna 5 | 5TDYK4CC6AS337474 | S32364269 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 72854 | 1280 | 1280 | 2007 TOYOTA Sienna 5 | 5TDZK23C27S014895 | S322380388 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 72855 | 1575 | 1575 | 2015 TOYOTA Corolla : | 5YFBURHE8FP353053 | S322380366 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 72876 | 2125 | 2125 | 2015 TOYOTA Sienna 5 | 5TDYK3DC4FS690277 | S322387755 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 72924 | 1280 | 1280 | 2006 LEXUS RX 2T2G: | 2T2GA31U46C045113 | S322397242 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 72994 | 1280 | 1280 | 2014 CHEVROLET Tra: | 1GNKVFED4EJ229363 | S322411939 | |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 73011 | 1500 | 1315 | 15 pictures,2020 TOYO: | 1TDFPRAE5LJ063108 | 21870817 | MSKU9434641 |
| 16183 | Wire | 07202022g | Toronto Co. | 30000 | 7/20/2022 | 110001 | 73027 | 1530 | 1530 | 2012 HYUNDAI Santa F: | 5XYZGDAB6CG149599 | S322242544 | |
| | | | | | | | **Total applied** | | 30000 | | | | |