2023V00647/BAW/jw

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini, U.S.D.J. |
| Plaintiff, | : | Crim. No. 23-2927 (WJM) |
| - v. - | : | DECLARATION OF JACLYN N. WYRWAS REGARDING DIRECT NOTICE |
| $318,900 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER XXXXXXX4146 HELD IN THE NAME OF PRESTIGE SHIPPING INC., | : | |
| Defendant *in rem*. | : | |

Jaclyn N. Wyrwas, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am a senior law clerk in the Asset Recovery and Money Laundering Unit, a contract employee, in the Office of the United States Attorney for the District of New Jersey.

2. On or about May 30, 2023, the United States of America filed a Verified Complaint for Forfeiture *in Rem* (ECF Doc. ("Doc.") 1) seeking forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984, in the United States District Court for the District of New Jersey, against $318,900 seized from Bank of America account number XXXXXXX4146 held in the name of Prestige Shipping Inc. (the "defendant property").

3. On July 7, 2023, the United States filed a Notice of Complaint for Forfeiture with regard to the defendant property. (Doc. 4). The Notice of Complaint for Forfeiture explained the procedures for filing a claim to assert an interest in the defendant property.

4. According to the records and files of the United States Attorney's Office, on or about July 10, 2023, copies of the Notice of Complaint for Forfeiture and the Verified Complaint were sent by Federal Express to Prestige Shipping Inc., at 501 New County Road, Unit A, Secaucus, New Jersey 07094, which is the company's office, and to Robert Pagan, Esq., The Blanch Law Firm, 420 Lexington Avenue, Suite 1402, New York, New York 10170. In conversations and emails with the U.S. Attorney's Office, Ryan Blanch, Esq., and more recently, Robert Pagan, Esq., both of The Blanch Law Firm, stated they were counsel for Prestige Shipping Inc. The cover letter stated that a claim asserting an interest in the defendant property had to be filed no later than 35 days of the date of the cover letter (*i.e.*, August 14, 2023). Copies of the notice letters and proofs of delivery are attached hereto as Exhibits A and B, respectively.

5. No claims to the defendant property were filed within the requisite time period, and no other person has entered a notice of appearance or made any other electronic filing in this case.

Dated:   March 26, 2024

                                                                                     _/s/ Jaclyn N. Wyrwas_
                                                                                     Jaclyn N. Wyrwas